United States District Court
Southern District of Texas
**ENTERED**
February 17, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **UMAR MARASULOV,** §<br>     Petitioner, §<br> §<br>v. §<br> §<br>**FRANCISCO VENEGAS**, in his official §<br>capacity, Warden of El Valle Detention §<br>Facility, *et al.*, §<br>     Respondents. § | Civil Action No. 1:26-cv-036 |

## ORDER

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. 2026). The Court views the Fifth Circuit's opinion as precluding Petitioner Umar Marasulov's claims based on the application of 8 U.S.C. §§ 1225 and 1226.

**ACCORDINGLY**, it is **ORDERED** that all deadlines and hearings are hereby **CANCELED.**

It is **FURTHER ORDERED** that, by no later than **March 3, 2026,** Petitioner shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition.

If the Petitioner does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court can, and likely will, deny the Petition and dismiss this case.

**SIGNED** on this **17th** day of **February, 2026**, at Brownsville, Texas.

_____
Ignacio Torteya, III
United States Magistrate Judge