United States District Court
Southern District of Texas
**ENTERED**
April 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **UMAR MARASULOV,** | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | **Civil Action No.** 1:26-cv-036 |
| | § | |
| **FRANCISCO VENEGAS**, in his | § | |
| official capacity, Warden of El Valle | § | |
| Detention Facility, *et al.*, | § | |
| Respondents, | § | |

## ORDER

Before the Court is Petitioner Umar Marasulov's "Petition for Writ of Habeas Corpus" ("§ 2241 Petition") and "Statement Regarding the Effect of Buenrostro-Mendez v. Bondi" ("Statement"); Marasulov lists various Respondents (collectively, the "Government"). Dkt. Nos. 1, 11. Marasulov, a citizen of Kyrgyzstan, claims that his detention violates the Fifth Amendment's Due Process Clause. Dkt. No. 1 at 7–8; Dkt No. 11 at 4–6.

On February 25, 2026, the Court issued its decision in *Alvarez-Rico v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 522322 (S.D. Tex. Feb. 25, 2026) (J. Ellison), which held that the Government's "re-detention of [the petitioner] without a pre-detention showing (or even allegation) of a change in his circumstances violated [the petitioner's] procedural due process rights." *Alvarez v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 5222322, at *6 (S.D. Tex. Feb. 25, 2026) (J. Ellison). In light of the Court's *Alvarez-Rico* decision, it does not plainly appear from Marasulov's § 2241 Petition that he is not entitled to the requested relief. Marasulov's allegations, taken together, suffice to raise genuine

questions as to whether his continued detention violates federal law and the United States Constitution.  Therefore, the Court must "forthwith award the writ [of habeas corpus] or issue an order directing the respondent to show cause why the writ should not be granted."  28 U.S.C. § 2243.  "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days.  *Id.*

The Government is **ORDERED** to file a response to Marasulov's § 2241 Petition on or before **April 16, 2026**.  If Marasulov wishes to file a reply to the Government's response, he must do so within **7 days** of receiving the Government's response.

**SO ORDERED**.

**SIGNED** on this **2nd** day of **April, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**